# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GENEVA CUSHING,<br><br>    Plaintiff,<br><br>v.<br><br>COLLINSVILLE COMMUNITY UNIT<br>SCHOOL DISTRICT NO. 10,<br><br>    Defendant. | Case No. 3:19-cv-00309-JPG-MAB |

## MEMORANDUM AND ORDER

### J. PHIL GILBERT, DISTRICT JUDGE

The Collinsville School District fired Geneva Cushing. She then sued the School District, claiming that they discriminated against her based on her age. The problem here is that all we know about Cushing's theory are the two sentences above. Her complaint simply says: "Defendant terminated Plaintiff on the basis of her age…" and "[t]hat given her age at the time of discharge, Plaintiff was in a protected class under the Age Discrimination in Employment Act." (Compl. ¶¶ 50, 51, ECF No. 1.) But how old is Cushing? What did the School District do to make Cushing think that they were discriminating against her on the basis of her age? Nobody knows.

For that reason, the defendants moved to dismiss Cushing's age claims under Federal Rule of Civil Procedure 12(b)(6) vis-à-vis Federal Rule of Civil Procedure 8(a)(2)—simply because Cushing does not plead a single fact showing how the School District discriminated against her on the basis of her age. *See Ashcroft v. Iqbal*, 556 U.S. 662, 678-79 (2009) ("A claim has facial plausibility when the plaintiff pleads factual content that allows the court to draw the

1

reasonable inference that the defendant is liable for the misconduct alleged.") The School District is correct—the complaint does not even say how old Cushing is, let alone anything about the alleged age-related misconduct. For that reason, the Court must dismiss Cushing's age claims—Counts III and V of the complaint—without prejudice, but the Court will grant Cushing until August 28, 2019 to file an amended complaint that fixes the problems with this one.

Beyond that, the School District also asks the Court (1) to dismiss Count I of the complaint—predicated on the Rehabilitation Act, 29 U.S.C. § 701 *et seq.*—for failing to satisfy the requisite statute of limitations, and (2) strike Cushing's request for punitive damages. Cushing has conceded both arguments in her response. (ECF No. 15, p. 2.) So for the foregoing reasons, the Court:

- **GRANTS** the School District's motion to dismiss (ECF No. 10);
- **DISMISSES** Counts III and V of the complaint **WITHOUT PREJUDICE**, with leave to re-plead by or on August 28, 2019;
- **DISMISSES** Count I of the complaint **WITHOUT PREJUDICE**; and
- **STRIKES** Cushing's claims for punitive damages.

**IT IS SO ORDERED.**

**DATED: JULY 31, 2019**

s/ *J. Phil Gilbert*<br>
J. PHIL GILBERT<br>
U.S. DISTRICT JUDGE